IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHANE PHILLIP NICKERSON,<br><br>Petitioner,<br><br>vs.<br><br>JIM SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Cause No. CV 20-83-H-SEH<br><br>ORDER TRANSFERRING VENUE |

Petitioner Shane Phillip Nickerson, a state prisoner proceeding pro se, filed this 28 U.S.C. §2254 action on November 18, 2020, challenging a February 4, 2010, judgment of conviction entered in Montana's Eleventh Judicial District, Flathead County.[1] The appropriate venue for such a challenge is the Missoula Division of this Court.[2]

ORDERED:

1. This matter is TRANSFERRED to the Missoula Division.

2. Petitioner must either pay the $5.00 filing fee or move to proceed *in forma pauperis*. The Clerk of Court will provide Petitioner with the Court's

---

[1] *See* Doc. 1 at 1; *see also*: https://app.mt.gov/conweb/Offender/3004447 (accessed November 19, 2020).
[2] *See* L.R. 1.2(c)(4) and 3.2(b)(2)(A).

1

standard *in forma pauperis* application forms.

3.      Petitioner must immediately notify the Court of any change in mailing address by filing a "Notice of Change of Address" under the appropriate cause number. Failure to do so may result in dismissal of the petition without notice to him.

DATED this 20th day of November, 2020.

*[signature]*
Sam E. Haddon
United States District Court Judge